UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**GENIE INVESTMENTS NV,**

          **Plaintiff,**

v.   Civil Action No. 6:24-cv-00271

**JOSHUA WEARMOUTH, JAMES**   [Jury Trial Demanded]
**WILLIAM BYRD, and NORDIC**
**TRUST ALLIANCE KB, LLC,**

          **Defendants.**

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned, of the law firm of Spiegel & Utrera P.A., is hereby entering an appearance as counsel of record for GENIE INVESTMENTS NV, in the above-captioned action.

Dated: 2-14-2024

Respectfully submitted,

/s/ *Michael Faragalla*
Michael Faragalla  (Bar No. 1014235)
Spiegel & Utrera P.A.

1840 Coral Way Fl 4
Miami, FL 33145-2748
Telephone: (800) 603-3900, x204
Facsimile: (800) 520-7800
Email: attorneyfaragalla@amerilawyer.com
CC: litassistant@amerilawyer.com
attorneyhouda@amerilawyer.com
*Attorney(s) for Plaintiff(s) Genie Investments NV*