UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**GENIE INVESTMENTS NV, LLC,**

        **Plaintiff,**

v.                                                             Civil Action No. 6:24-cv-00271

**JOSHUA WEARMOUTH, JAMES**    [Jury Trial Demanded]
**WILLIAM BYRD, and NORDIC**
**TRUST ALLIANCE KB, LLC,**

        **Defendants.**

## MOTION TO AMMEND PLEADINGS

Pursuant to FRCP Rule 15(a)(1), it is Plaintiff respectfully amends the parties and captions of this case as follows:

1

**GENIE INVESTMENTS NV,** ~~LLC,~~

                      **Plaintiff,**

**v.**

**JOSHUA WEARMOUTH, JAMES WILLIAM BYRD, and NORDIC TRUST ALLIANCE KB, LLC,**

Please note that the Plaintiff is Genie Investments NV, not Genie Investments NV, LLC.

Dated: 2-14-2024

Respectfully submitted,

/s/ *Michael Faragalla*
Michael Faragalla  (Bar No. 1014235)
Spiegel & Utrera P.A.

1840 Coral Way Fl 4
Miami, FL 33145-2748
Telephone: (800) 603-3900, x204
Facsimile: (800) 520-7800
Email: attorneyfaragalla@amerilawyer.com
CC: litassistant@amerilawyer.com
attorneyhouda@amerilawyer.com
*Attorney(s) for Plaintiff(s) Genie Investments NV*