UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**GENIE INVESTMENTS NV,**

                **Plaintiff,**

v.    Civil Action No. 6:24-cv-00271

**JOSHUA WEARMOUTH, JAMES**    [Jury Trial Demanded]
**WILLIAM BYRD, and NORDIC**
**TRUST ALLIANCE KB, LLC,**

                **Defendants.**

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, GENIE INVESTMENTS NV, hereby states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

GENIE INVESTMENTS NV, LLC is a corporation that is incorporated in NEVADA and has its principal place of business in Carson City, NV.

Dated: 2-14-2024

Respectfully submitted,

/s/ *Michael Faragalla*
Michael Faragalla  (Bar No. 1014235)
Spiegel & Utrera P.A.

1840 Coral Way Fl 4
Miami, FL 33145-2748
Telephone: (800) 603-3900, x204
Facsimile: (800) 520-7800
Email: attorneyfaragalla@amerilawyer.com
CC: litassistant@amerilawyer.com
attorneyhouda@amerilawyer.com
*Attorney(s) for Plaintiff(s) Genie Investments NV*