# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

GENIE INVESTMENTS NV, LLC,

      Plaintiff,

v.                            Case No:   6:24-cv-271-ACC-LHP

JOSHUA WEARMOUTH, JAMES WILLIAM BYRD and NORDIC TRUST ALLIANCE KB, LLC,

      Defendants

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   MOTION TO AMMEND PLEADINGS (Doc. No. 6)
>
> **FILED:**      February 23, 2024
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Plaintiff has filed a one-sentence motion to "amend[] the parties and captions of this case." Doc. No. 6. Upon review, the motion will be denied without prejudice for failure to comply with the Local Rules, including Local Rule 3.01(a).

And to the extent that Plaintiff is attempting to comply with the Court's February 9, 2024 Order, that Order requires Plaintiff to file an amended complaint. *See* Doc. No. 4.

**DONE** and **ORDERED** in Orlando, Florida on February 26, 2024.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties